UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GIOVANNI BARRICELLI, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 3:19-cv-00136 |
| | ) |
| ST LOGISTICS, LLC, d/b/a SOLDIER DELIVERY, and TRAVIS SMITH, | ) |
| | ) |
|     Defendants. | |

**ORDER**

The Joint Motion to Stay Action Pending Mediation (Doc. No. 50) is **GRANTED IN PART** and **DENIED IN PART** subject to the following:

1. The parties shall provide a timetable for notice, with specific dates of when notice will be sent, the length of the opt-in period, and when it will close.

2. The parties shall identify the agreed mediator.

3. The parties shall set a date certain for the mediation.

4. The mediator is required to file a report as required by Local Rule 16.05(b).

IT IS SO ORDERED.

                                                   _____
                                                   WAVERLY D. CRENSHAW, JR.
                                                   CHIEF UNITED STATES DISTRICT JUDGE