IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GIOVANNI BARRICELI, individually and )
on behalf of all other similarly situated )
current and former employees, )
)
      Plaintiff, )   Case No. 3:19-cv-00136
)
v. )   Chief Judge Crenshaw
)   Magistrate Judge Newbern
ST LOGISTICS, LLC, d/b/a SOLDIER )
DELIVERY, a Wisconsin limited liability )
company, and TRAVIS SMITH, individually, )
)
      Defendants. )

## CONSENT TO JOIN COLLECTIVE ACTION

- I, Diane Peton (Destiny) (print your name), consent to join the above-captioned lawsuit seeking to recover damages for alleged unpaid overtime wages under the FLSA.

- I authorize Giovanni Barricelli to prosecute the matter of *Barricelli et al. v. ST Logistics, LLC. et al.*, in my name, and on my behalf, and designate Giovanni Barricelli to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering in a fee agreement with Plaintiffs' Counsel, and I understand I will be bound by such decisions.

I hereby agree to be bound by any judgment of the Court or any settlement entered into in this matter.

DATE: 4·20·20    SIGNATURE: /s/ Diane P.

---

Information below this line will not be filed with the Court:

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of May, 2020, the foregoing Consent to Join was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Wendy V. Miller
Elizabeth S. Washko
Casey M. Parker
Benjamin P. Lemly
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615-254-1900
Facsimile: 615-254-1908
Email:wendy.miller@ogletree.com
Email: liz.washko@ogletree.com
Email: casey.parker@ogletree.com
Email: benjamin.lemly@ogletree.com

*s/Robert E. Turner, IV*
Robert E. Turner, IV