IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GIOVANNI BARRICELLI, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED CURRENT AND FORMER EMPLOYEES,<br><br>Plaintiffs,<br><br>v.<br><br>ST LOGISTICS, LLC, D/B/A SOLDIER DELIVERY, A WISCONSIN LIMITED LIABILITY COMPANY, AND TRAVIS SMITH, INDIVIDUALLY,<br><br>Defendants. | Case No. 3:19-cv-00136<br><br>Chief Judge Crenshaw |

### ORDER APPROVING FLSA SETTLEMENT

ON THIS DATE came to be considered the Joint Motion for Approval of Settlement Agreement. The Court has reviewed the Motion and Settlement Agreement and finds the terms of the Settlement Agreement to be fair, reasonable and adequate. Accordingly, the Court hereby approves the settlement of this dispute on the basis of the settlement terms set forth in the Settlement Agreement, directs the parties to consummate its terms and provisions, and declares that the Named Plaintiff and Opt-In Plaintiffs are bound by the terms and provisions of the Settlement Agreement. The Motion is **GRANTED**.

It is further **ORDERED** that this civil action is dismissed with prejudice. Except as expressly provided in the Settlement Agreement, each party shall bear its own fees and costs.

Without affecting the finality of the Judgment, the Court reserves exclusive and continuing jurisdiction over the implementation, enforcement, construction and interpretation of the Settlement Agreement and/or Judgment between the parties.

Signed this _____ day of _____, 2020.

_____
United States District Judge

APPROVED FOR ENTRY:

*/s/ J. Russ Bryant*
J. Russ Bryant
Jackson, Shields, Yeiser, Holt, Owen & Bryant
262 German Oaks Drive
Memphis, Tennessee 38018

ATTORNEY FOR PLAINTIFFS

*/s/ Wendy V. Miller*
Wendy V. Miller, TN #023500
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN  37219-2446
Telephone:  615.254.1900
Facsimile:  615.254.1908

ATTORNEYS FOR DEFENDANT

45320012.1

45320012.1