UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GIOVANNI BARRICELLI, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED CURRENT AND FORMER EMPLOYEES,<br><br>Plaintiffs,<br><br>v.<br><br>ST LOGISTICS, LLC, D/B/A SOLDIER DELIVERY, A WISCONSIN LIMITED LIABILITY COMPANY, AND TRAVIS SMITH, INDIVIDUALLY,<br><br>Defendants. | Case No. 3:19-cv-00136 |

## ORDER APPROVING FLSA SETTLEMENT

The parties have filed a Joint Motion for Approval of Settlement Agreement. (Doc. No. 68). The Court has reviewed the Joint Motion and Settlement Agreement and finds the terms of the Settlement Agreement to be fair, reasonable and adequate. Accordingly, the Court approves the settlement terms in the Settlement Agreement

The parties agree that this civil action should be dismissed with prejudice, except as provided in the Settlement Agreement, with each party bearing its own fees and costs.

The parties further request that the Court maintain jurisdiction over the implementation, enforcement, construction and interpretation of the Settlement Agreement.

The Joint Motion is **GRANTED** and this is a final judgment. This case is **DISMISSED WITH PREJUDICE.** The Clerk shall close this file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE